KLINE, Respondent, v. W. D. WILSON PRINTING INK CO., Appellant.

(Common Pleas of New York City and County, General Term. January 3, 1894.)

Action by Arthur A. Kline against the W. D. Wilson Printing Ink Company.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
Philip Carpenter, for appellant.
Horwitz & Herschfield, for respondent.
No opinion. Judgment affirmed, with costs.

---

FISS et al., Respondents, v. WARREN, Appellant.

(Common Pleas of New York City and County, General Term. January 4, 1894.)

Appeal from city court, general term.
Action by William Fiss and John P. Dorr against Henry M. Warren.
Argued before BOOKSTAVER, BISCHOFF, and PRYOR, JJ.
Strong, Hermon & Matthewson, for appellant.
E. B. La Fetra, for respondents.
No opinion. Judgment affirmed, with costs. See 26 N. Y. Supp. 75.

---

GLYN, Appellant, v. MINER, Respondent.

(Common Pleas of New York City and County, General Term. January 4, 1894.)

Action by Charles A. Glyn against Julia Miner.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
Theodore N. Melvin, for appellant.
Howard Hummel, for respondent.
No opinion. Judgment affirmed.

---

HODGE, Respondent, v. YETTA, Appellant.

(Common Pleas of New York City and County, General Term. January 4, 1894.)

Action by Charlotta Hodge against Andrew B. Yetta.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
C. E. Lebarbierre, for appellant.
I. N. Williams, for respondent.
No opinion. Judgment affirmed, with costs.

---

MAHONEY, Respondent, v. KENT, Appellant.

(Common Pleas of New York City and County, General Term. January 4, 1894.)

Appeal from second district court.
Action by John Mahoney against Alexander T. Kent.
Argued before DALY, C. J., and BISCHOFF and PRYOR, JJ.
J. J. Walsh, for respondent.
No opinion. Judgment affirmed, with costs.